SAMUEL SABARSKY, Appellant, *v.* CHARLES S. DREW et al., Copartners, Doing Business as DREW & LIPKE, Respondents.

*Sabarsky* v. *Drew*, 176 App. Div. 80, affirmed.
(Argued January 23, 1919; decided March 4, 1919.)

APPEAL from a judgment, entered January 17, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint, which alleged that the plaintiff and defendants had entered into an agreement in writing, whereby the defendants were to furnish the plaintiff with sufficient work for his establishment for a period beginning June 18, 1913, and ending June 1, 1915; that the plaintiff established a factory and was reasonably able to turn out at least 500 dozen shirts a week; but that the defendants in violation of their agreement refused to furnish the plaintiff with the quantity of shirts that the plaintiff could reasonably manufacture, and instead furnished a lesser quantity, to the plaintiff's damage and expense, and that the defendants further in violation of their agreement refused to furnish the plaintiff with any work at all.

*Nathan Kelmenson* for appellant.

*Lewis F. Glaser* and *Abraham B. Keve* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.